UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CANDIDO ORTIZ-MARTINEZ,           )  <br>                                                        )  <br>       Plaintiff(s),                              )  <br>                                                        )  <br>   vs.                                              )  <br>                                                        )  <br>UNITED STATES OF AMERICA,      )  <br>and $26,974.00 IN U.S. CURRENCY, )  <br>and $40,000.00 IN U.S. CURRENCY, )  <br>                                                        )  <br>       Defendant(s).                           ) | Case No. 4:11CV208 JCH |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

Dated this   16th    day of November, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE