UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CANDIDO ORTIZ-MARTINEZ, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV208 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| and $26,974.00 IN U.S. CURRENCY, ) | |
| and $40,000.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

Dated this   16th    day of November, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE